AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Julian Elie Khater<br><br>*Defendant* | ) ) Case No.<br>) ) ) ) ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Julian Elie Khater,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 111(a) and (b) - Assault on Federal Officer with Dangerous Weapon;
18 U.S.C. §§ 111(a) and (b) - Assault on Federal Officer with Dangerous Weapon;
18 U.S.C. §§ 111(a) and (b) - Assault on Federal Officer with Dangerous Weapon;
18 U.S.C. § 372 - Conspiracy to Injure an Officer;
18 U.S.C. § 231(a)(3) - Civil Disorder;
18 U.S.C. § 1512(c)(2) - Obstructing or Impeding Any Official Proceeding;
18 U.S.C. § 1752(a)(1), (2), (4), (b)(1)(A) and (b)(1)(B) – Physical violence on restricted grounds, while carrying dangerous weapon, and resulting in significant bodily injury;
40 U.S.C. § 5104(e)(2)(f) – Violent entry and disorderly conduct, act of physical violence on Capitol Grounds; and
18 U.S.C. § 2 - Aiding and Abetting.

Date: 03/06/2021

Zia M. Faruqui
2021.03.06 16:15:28
-05'00'

*Issuing officer's signature*

City and state: Washington, D.C.    Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3/6/2021, and the person was arrested on *(date)* 3/14/2021
at *(city and state)* NEWARK, NJ.

Date: 3-14-2021

*Arresting officer's signature*

Michael Lovett / Special Agent
*Printed name and title*